1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

TIMMY KYONG BANG,                          1:10-cv-00253-YNP [DLB] (HC)

                Petitioner,

    vs.                                    ORDER AUTHORIZING
                                           IN FORMA PAUPERIS STATUS

JAMES D. HARTLEY,

                Respondent.

_____/

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED to proceed *in forma pauperis*.  The petition will be screened in due course.


IT IS SO ORDERED.

**Dated:**   **March 19, 2010**            _____ **/s/ Dennis L. Beck**_____
                                           UNITED STATES MAGISTRATE JUDGE